IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSALIE GALLEGOS,

        Plaintiff,

v.                                                                                           CV No. 21-1169 DHU/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Rosalie Gallegos's *Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse or Remand* (the "Motion"), (Doc. 24), filed May 2, 2022. In the Motion, Ms. Gallegos asks for a 30-day extension of the deadline to file her Motion to Reverse or Remand due to unforeseen circumstances. *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ms. Gallegos shall file her Motion to Reverse or Remand by no later than **June 1, 2022**. The Commissioner shall file her Response by **July 31, 2022**, and Ms. Gallegos shall file her Reply by no later than **August 14, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.