IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSALIE GALLEGOS,

        Plaintiff,

v.                      No. CV 21-1169 DHU/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Rosalie Gallegos's *Unopposed Motion for a Second Extension of Time to File Plaintiff's Motion to Reverse or Remand* (the "Motion"), (Doc. 18), filed June 1, 2022. In the Motion, Ms. Gallegos asks for a second 30-day extension of the deadline to file her Motion to Reverse or Remand due to "unforeseen circumstances." (Doc. 18 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Ms. Gallegos shall file her Motion to Reverse or Remand by no later than **June 24, 2022**. The Commissioner shall file her Response by **August 23, 2022**, and Ms. Gallegos shall file her Reply by no later than **September 6, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.