IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSALIE GALLEGOS,

        Plaintiff,

v.                                                                            No. CV 21-1169 DHU/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION
## TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Rosalie Gallegos's *Unopposed Motion for a Third Extension of Time to File Plaintiff's Motion to Reverse or Remand* (the "Motion"), (Doc. 20), filed June 23, 2022. In the Motion, Ms. Gallegos asks for a 30-day extension of the deadline to file her Motion to Reverse or Remand due to "unforeseen circumstances." (Doc. 20 at 1). The Court has already granted two prior extensions. *See* (Doc. 17); (Doc. 19). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Ms. Gallegos shall file her Motion to Reverse or Remand by no later than **July 1, 2022**. The Commissioner shall file her Response by **August 30, 2022**, and Ms. Gallegos shall file her Reply by no later than **September 13, 2022**. **No further extensions shall be granted.**

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE